## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                  Case No. 13-4546(L), 13-4627

ROBERTO DELA CRUZ,

                Defendant.

### DEFENDANT-APPELLANT CRUZ'S UNOPPOSED MOTION
### FOR LEAVE TO FILE SEALED SUPPLEMENTAL JOINT APPENDIX

The defendant-appellant, Roberto Dela Cruz ("Cruz"), by counsel, moves the Court for entry of an Order granting leave to file, and to accept as filed, the sealed supplemental joint appendix submitted herewith. The government does not oppose this motion. The grounds for this motion are set forth below.

In its response to Cruz's opening brief, the Government cited the unrevised version of the presentence report, dated February 21, 2013 (the "unrevised version of the PSR"). Cruz likewise intends to cite this unrevised version of the PSR in his reply brief. This unrevised version of the PSR (and the addendum thereto dated March 13, 2013) are not in the joint appendix. However, given both parties' respective citations to the unrevised version of the PSR, the same (with the addendum) should be included in a sealed supplemental joint appendix.

WHEREFORE, Cruz respectfully requests that the Court enter an Order granting leave to file, and to accept as filed, the sealed supplemental joint appendix submitted herewith, which contains the unrevised version of the PSR and the addendum thereto.

                                      Respectfully submitted,

                                      <u>s/Christopher F. Cowan</u>
                                      Christopher F. Cowan, Esq. (0081623)
                                      713 South Front Street
                                      Columbus, Ohio 43206
                                      Phone: (614) 884-880
                                      Fax: (614) 594-7200
                                      Email: chris@cowlaw.com
                                      Attorney for Defendant-Appellant

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 19, 2014, I electronically filed this motion and the sealed supplemental joint appendix referenced herein with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

               s/Christopher F. Cowan
               Christopher F. Cowan (0081623)