FILED:  March 27, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-4546 (L)

(1:12-cr-00362-NCT-3)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ROBERTO FLORENCIO DELA CRUZ

Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the motion for leave to file supplemental

material pending review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk